No. 66705.—J. E. Bernard & Company, Inc. *v.* United States, protest 262410–K/7164 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel plates similar in all material respects to those the subject of Abstract 61049, the claim of the plaintiff was sustained.